## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

Rebecca Read, individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

Anheuser-Busch Inbev Worldwide Inc.,

        Defendant

1:21-cv-01261-JES-JEH

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   March 7, 2022

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080

## Certificate of Service

I certify that on March 7, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan